IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| CORION LESHON MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18-cv-00224-KOB-JEO |
| ) | |
| TODD ENTREKIN, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**

The magistrate judge filed a report on April 15, 2019, recommending that the plaintiff's claims under the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA") be dismissed as moot and further recommending that the defendants' motion for summary judgment be granted on the plaintiff's remaining claims. (Doc. 56). Although the parties were advised of their right to file specific, written objections within fourteen days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court **EXPRESSLY FINDS** that the plaintiff's claims under RLUIPA are moot; that no genuine issues of material fact remain; and that the defendants are entitled to judgment in their favor as a matter of law. Accordingly, the court finds that the defendants' motions for summary

judgment (docs. 31 and 49) should be granted and those claims dismissed with prejudice.

The court will enter a Final Judgment.

*Karon O. Bowdre*
_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE